# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2017

Stephen J. Markman,
Chief Justice

155811(38)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SONG YU and SANG CHUNG,
      Plaintiffs-Appellees,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellant.
_____/

SC: 155811
COA: 331570
Ingham CC: 14-001421-CK

      On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on June 30, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2017



Clerk